**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 97-2445

William R. Jackson; Josephine Jackson;        *
Roberta Stegall; Diane Cavitt; Pamela        *
Atkins; Annetta Daniels; Sylvia             *
Jackson, d/b/a Star Entertainment,       *
                                        *

       Appellants,       *

                               * Appeal from the United
States
     v.                  * District Court for the
                               * Southern District of Iowa.
Small Business Administration, Agency       *
of the U.S. Government,     *    [UNPUBLISHED]
                                        *

       Appellee,       *
                                        *

Robert A. Pusey,          *
                                        *

       Defendant.       *

_____

Submitted: December 11, 1997
                      Filed:   January 6,
1998

_____

Before McMILLIAN, JOHN R. GIBSON, and MAGILL, Circuit
    Judges.

_____

PER CURIAM.

After the Small Business Administration (SBA) denied
Star Entertainment's request for a disaster relief loan,
William Jackson and the other general partners of Star

Entertainment filed this action against the SBA, alleging racial discrimination.  The

district court[1] granted summary judgment in favor of the SBA on the basis that the plaintiffs failed to establish a prima facie case of racial discrimination and failed to raise an inference that the SBA's objective grounds for denying the loan were pretextual.  After de novo review of the record, we affirm for the reasons stated by the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.


Attest:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.